IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT DOYLE, individually and on behalf of all others similarly situated, | ) ) ) | |
| v. | ) ) | No. 3:12-0140 Judge Sharp/Bryant |
| THE KROGER CO. | ) | |

O R D E R

The telephonic status conference previously set in this case for August 1, 2012 (Docket Entry No. 20 at 5), is hereby rescheduled for **Monday, August 13, 2012, at 11:30 a.m.** The conference shall be conducted by telephone and counsel for Defendant shall initiate the call.

So **ORDERED.**

 s/ John S. Bryant
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE